# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**

**TERRY L. LOEWEN,**

      **Defendant.**

**CASE NO. 13-**_10200_**-01-** MLB

---

# INDICTMENT

---

**THE GRAND JURY CHARGES**:

## COUNT ONE

**18 U.S.C. § 2332a(a)(2)(D)**
**(Attempted Use of Weapon of Mass Destruction)**

On or about December 13, 2013, in the District of Kansas and elsewhere, the

defendant,

**TERRY L. LOEWEN**,

attempted, without lawful authority, to use a weapon of mass destruction against people

and property within the United States and such property is used in interstate and foreign

commerce, and the offense, and the results of the offense, would have affected interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 2332a(a)(2)(D).

## COUNT TWO

### 18 U.S.C. § 844(i)
### (Attempted Use of an Explosive Device)

On or about December 13, 2013, in the District of Kansas and elsewhere, the defendant,

### TERRY L. LOEWEN,

maliciously attempted to damage and destroy, by means of an explosive device, a building, vehicle and property used in an activity affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT THREE

### 18 U.S.C. § 2339B(a)
### (Attempted Material Support for a Designated Foreign Terrorist Organization)

On or about October 7, 2013, in the District of Kansas and elsewhere, the defendant,

### TERRY L. LOEWEN,

knowingly attempted to provide material support and resources, in the way of services, personnel and property as that term appears in Title 18, United States Code, Section 2339A(b), to Al Qaida in the Arabian Peninsula (AQAP), a foreign terrorist organization

that has been continuously designated since January 19, 2010, knowing that the organization was a designated terrorist organization, (as defined in Title 18, United States Code, Section 2339B(g)(6)) and that the organization engages in and has engaged in and was engaging in terrorist activity (as defined in Section 212(a)(3)(B) of the Immigration and Nationality Act) and terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

All in violation of Title 18, United States Code, Section 2339B(a).

## A TRUE BILL

December 18, 2013                          s/Foreperson
DATE                                       FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

> **It is requested that the trial be held in Wichita, KS**